# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Nicole Banner (1) )

CASE NUMBER 08MJ 0241

ABSTRACT OF ORDER

Booking No. 07054298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 01/30/08

the Court entered the following order:

X Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

X Defendant released on $ 15,000 r/s bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _______ bond) ( _______ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for _______ years.

_______ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court:

_______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

_______ Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

_______ Other. _______

_______________________
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

Received [signature] DUSM
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY