SAMANTHA MANN (SBN )220100
Law Offices of Kerry L. Steigerwalt
3555 Fourth Avenue
San Diego, CA 92103
(619) 297-2800 FAX - (619) 908-3836

Attorney for Defendant
**NICOLE BANNER**

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Barbara Lynn Major)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**NICOLE BANNER,**<br>Defendant. | **Case No. 3: 08 MJ 0241 BLM**<br><br>**MOTION TO SUBSTITUTE ATTORNEY** |

The defendant in the above-referenced matter, NICOLE BANNER, hereby motions the court to substitute attorney SAMANTHA MANN , as her attorney of record for all matters pertaining to the above-entitled action in the place and stead of attorney JOHN ELLIS.

DATED: 2/7/08

NICOLE BANNER

I consent to this substitution:

DATED: 02/07/08

SAMANTHA MANN by D. Shapiro SBN249163

I consent to the above substitution:

DATED: 2/7/08

JOHN ELLIS