FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Barbara Lynn Major)

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NICOLE BANNER,**
Defendant.

**Case No. 3: 08 MJ 0241 BLM**

**ORDER**

IT IS SO ORDERED, having shown good cause, the court grants defendant NICOLE BANNER'S motion to substitute attorney SAMANTHA MANN, as attorney of record for all matters pertaining to the above-entitled action in the place and stead of attorney JOHN ELLIS.

DATED: 2/7/08

JUDGE BARBARA LYNN MAJOR