**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Nicole Marie Banner

Defendant(s)

CRIMINAL NO. 08 cr 299

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED 2008 FEB 20 A 11: 23 U.S. MARSHAL SOUTHERN DISTRICT OF CALIF

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Javier Vega-Rodriguez

DATED: 2/20/08

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________

**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082