**SAMANTHA A. MANN**
CA State Bar No.: 220100
Kerry Steigerwalt's Pacific Law Center
4225 La Jolla Village Square, Suite 1500
La Jolla, Ca 92037
888-789-0123
Fax 858-366- 0450

Attorney for Defendant
**NICOLE BANNER**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**NICOLE BANNER,** | **No. 08CR0299 W**<br><br>**JOINDER IN MOTION TO**:<br><br>1. DISMISS THE INDICTMENT FOR GRAND JURY VIOLATION;<br>2. COMPEL DISCOVERY/PRESERVE EVIDENCE;<br>3. GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND HER DESIGNATED DEPUTY UNITED STATES ATTORNEY STEVEN DE SALVO:

Defendent, **NICOLE BANNER**, by and through his attorney, Samantha A. Mann, hereby joins the following motions: (1)dismiss the indictment for grand jury violation (2)compel discovery/preserve evidence, and (3)requests leave to file further motions, filed by co-defendant Pedro Avalos in this case and adopts all points and authorities contained therein specifically as they apply to **NICOLE BANNER.**

Respectfully submitted,

Dated: April 2, 2008

/s/ Samantha Mann
Samantha A. Mann,
Attorney for **NICOLE BANNER**

# PROOF OF SERVICE

**In reference to Joinder Motion.**

I, Samantha Mann, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 4225 La Jolla Village Square, Suite 1500 La Jolla, Ca 92037.

On April 2, 2008, I electronically served, Steven De Salvo, Assistant United States Attorney, a **JOINDER MOTION,** for my client NICOLE BANNER, Case No. **08CR0299 W**.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on April 2, 2008, at San Diego, California.

/s/ Samantha Mann
Samantha Mann, Attorney for
NICOLE BANNER