PS 8C
(05/08)

August 1, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 AUG -6 AM 9:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**Petition for Summons for Defendant on Pretrial Release**

**Name of Defendant:** Banner, Nicole Marie (English) **Dkt No.:** 08CR0299-W-001

**Reg. No.:** 07054-298

**Name of Judicial Officer:** The Honorable Barbara Lynn Major

**Next Court Date:** October 27, 2008, at 9:00 a.m. (Sentencing)
Honorable Thomas J. Whelan, U.S. District Judge

**Charged Offense:** 8 USC 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

**Date Conditions Ordered:** January 28, 2008, before the Honorable Barbara Lynn Major

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. Section 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** On June 2, 2008, Judge Whelan added drug testing and/or treatment.

**Date Released on Bond:** January 3, 2008

**Asst. U.S. Atty.:** Stephen De Salvo
(619) 557-7032

**Defense Counsel:** Samantha Mann, appointed
(619) 297-2800

**Prior Violation History:** On May 30, 2008, the defendant admitted to smoking marijuana two times while on bond. Violations proceedings were not initiated, however, this information prompted Pretrial Services to request drug testing and/or treatment. This added condition was ordered by Judge Whelan on June 2, 2008.

PS 8C
(05/08)

Name of Defendant: Banner, Nicole Marie
Docket No.: 08CR0299-W-001

August 1, 2008

## PETITIONING THE COURT

**TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS**

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Standard Condition)** Not possess or use any narcotic drug or other controlled substance as defined in 21 USC 802, without a lawful medical prescription. | 1. On June 10, 2008, the defendant submitted a urine specimen that confirmed positive for the presence of amphetamine/methamphetamine.<br>2. On July 23, 2008, the defendant submitted a urine specimen that confirmed positive for the presence of methamphetamine.<br>3. On July 28, 2008, the defendant submitted a urine specimen that confirmed positive for the presence of methamphetamine. |

***Grounds for Revocation:*** I received and reviewed written laboratory notification from the U.S. Pretrial Services Laboratory which verifies the urine specimen provided by the defendant at Mental Health Systems, Inc., on June 10, 2008, screened positive for amphetamines. Our laboratory sent a portion of the defendant's urine specimen for further testing at Kroll Laboratory. On July 17, 2008, I received and reviewed written laboratory notification from Kroll Laboratory which verifies the urine specimen provided by the defendant at Mental Health Systems, Inc., on June 10, 2008, confirmed positive for amphetamine/methamphetamine. I received and reviewed written laboratory notifications from the U.S. Pretrial Services Laboratory which verify the urine specimens provided by the defendant at the U.S. Pretrial Services office in the Southern District of California on July 23rd, and July 28th both confirmed positive for methamphetamine.

PS 8C
(05/08)

Name of Defendant: Banner, Nicole Marie
Docket No.: 08CR0299-W-001

August 1, 2008

**(Special Condition)**
Submit to treatment and/or testing, as specified by the PSO, for drugs or alcohol.

1. On June 7, 2008, the defendant failed to report for drug testing at Mental Health Systems, Inc.
2. On July 2, 2008, the defendant failed to report for drug testing at Mental Health Systems, Inc.
3. On July 19, 2008, the defendant failed to report for drug testing at Mental Health Systems, Inc.
4. On July 21, 2008, the defendant failed to report for drug testing at Mental Health Systems, Inc.

***Grounds for Revocation:*** I received and reviewed written non-compliance reports from Mental Health Systems, Inc., which verify the defendant failed to report for drug testing on June 7, 2008, July 2, July 19, and July 21, 2008. I have reviewed the Pretrial Services Drug Testing Instruction form, that notes the defendant was directed to begin calling the testing line at Mental Health Systems, Inc., on June 5, 2008 after 8:15 p.m.

**(Standard Condition)**
Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court.

1. On April 10, 2008, the defendant failed to report to our office after her court appearance, as instructed.
2. On May 20, 2008, the defendant failed to report telephonically as instructed.
3. On June 4, 2008, the defendant failed to appear for her intake assessment with Mental Health Systems.
4. On June 6, 2008, the defendant failed to appear for her intake assessment with Mental Health Systems.

***Grounds for Revocation:*** I reviewed the Pretrial Release Reporting Instructions dated and signed by the defendant on February 7, 2008. The defendant is to report in person to our office every time she has a court appearance, and she is to call every Tuesday. I have reviewed the Pretrial Services Drug Testing Instruction form, that notes the defendant is required to appear at Mental Health Systems, Inc., on June 4, 2008 at 4:00 p.m. I received and reviewed written non-compliance reports from Mental Health Systems, Inc., which verify the defendant failed to report for her intake assessment on June 4 & June 6, 2008.

PS 8C
(05/08)

Name of Defendant: Banner, Nicole Marie
Docket No.: 08CR0299-W-001

August 1, 2008

**SUPERVISION ADJUSTMENT**: Ms. Banner began pretrial supervision on January 3, 2008. Her performance on pretrial supervision began to decline in April 2008. The defendant had to be reminded on numerous occasions of her reporting instructions and her responsibility to call daily to Mental Health Systems for drug testing. Given her positive tests for illicit drugs, it appears she may have been attempting to avoid detection by failing to appear for drug testing. Furthermore, on July 31, 2008, the defendant appeared in our office as instructed and submitted a urine specimen that was dilute. On this day, when the undersigned addressed her current violations, the defendant initially reported she had not used any illicit drugs. Later, the defendant admitted to ingesting methamphetamine in her gatorade drink on July 21, 2008. The defendant also admitted to snorting three lines of methamphetamine on July 26, 2008. The defendant has no explanation for the positive amphetamine/methamphetamine test result.

Criminal computerized record checks reveal no new arrests or convictions for the defendant.

**RECOMMENDATION/JUSTIFICATION**: Due to the defendant's own admission of using marijuana while on bond, her conditions of release were modified on June 2, 2008, to include drug testing and/or treatment. In consideration of the defendant's numerous violations, her inability to follow through with directives, failures to appear, and testing positive for amphetamine and methamphetamine, we strongly recommend the defendant be cited to appear in court on August 12, 2008 at 9:00 a.m., to show why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 8-1-08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by [signature]
Eleonor Ruiz for Kimura Hilton
U.S. Pretrial Services Officer
(619) 557-2991
Place: San Diego, California

Reviewed and approved:

[signature]
Sean Keohane
Deputy Chief U.S. Pretrial Services Officer

PS 8C
(05/08)

Name of Defendant: Banner, Nicole Marie
Docket No.: 08CR0299-W-001

August 1, 2008

---

**THE COURT ORDERS:**

__✓__ AGREE, an Order to Show Cause Hearing will be held on August 12, 2008, at 9:00 a.m., to show cause why her bond should not be revoked.

_______ Other ______________________________

[signature] for
The Honorable Barbara Lynn Major
U.S. Magistrate Judge

8/5/08
Date

## PACTS Photograph
**Client: BANNER, Nicole Marie (218531)**



Image at pre-defined width